■ MICHAEL JAFFE et al., Respondents, v MARGUERITE A. DAVIS, Appellant, and SAM CHUNG CHANG et al., Respondents. [625 NYS2d 888] —Order, Supreme Court, Bronx County (Anne Targum, J.), entered September 14, 1994, which denied defendant-appellant's motion for summary judgment dismissing the complaint as against her, unanimously affirmed, without costs.

In a negligence case, summary judgment may not be appropriate even where the facts are uncontested *(Garcia v J. C. Duggan, Inc.,* 180 AD2d 579, 580). As the IAS Court held, the conduct of the driver of appellant's car in placing it in an open lane of traffic after rear-ending plaintiff's car at a toll booth permits conflicting inferences whether such contributed "in any way" to the accident that resulted in plaintiff's injuries *(cf., Joseph v New York City Tr. Auth.,* 149 AD2d 669). Defendant's argument that plaintiff's own superseding negligence severed any causal connection is made for the first time on appeal, and we decline to reach it *(see, City of New York v Stack,* 178 AD2d 355, *lv denied* 80 NY2d 753). Concur—Ellerin, J. P., Kupferman, Ross, Asch and Tom, JJ.